

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00230-CR

Kerry **GITTENS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR11181
Honorable Dick Alcala, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 31, 2018.

_____
Patricia O. Alvarez, Justice